HERMAN SCHOPFLOCHER, Appellant, *v.* HARRIS ZIMMERMAN, Doing Business as H. ZIMMERMAN, Respondent.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 507.)

---

LEOPOLD ZIMMERMAN et al., Copartners under the Firm Name of ZIMMERMAN & FORSHAY, Appellants, *v.* THE ROESSLER & HASSLACHER CHEMICAL COMPANY, Respondent.

(Submitted October 5, 1925; decided October 13, 1925.)

MOTION to amend remittitur. (See 240 N. Y. 501.)

Motion granted. Return of remittitur requested and when returned such remittitur must be deemed amended by granting leave to plaintiffs to plead over within twenty days on payment of all taxable costs and ten dollars costs of this motion. (See 240 N. Y. 501.)

---

CLASSIC THEATRE CORPORATION, Appellant, *v.* NATHAN L. AMSTER, Respondent, Impleaded with Another.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 479.)